Name & Address

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S)<br>v. | CR 03-434 FMC |
| KATRINA LEUNG<br><br>DEFENDANT(S). | JUDGMENT OF DISCHARGE<br>(RULE 32(k)(1), F.R. Cr.P.) |

The defendant, _____KATRINA LEUNG_____,
did not appear, but is represented by counsel.

It appearing that the defendant named in paragraph one above is now entitled to be discharged for the reason that:
☐ the Court has granted the motion of the government for dismissal,
☐ the Court has granted the motion of the defendant for a judgment of acquittal,
☐ a jury has been waived, and the Court has found the defendant not guilty,
☐ the jury has returned its verdict, finding the defendant not guilty,
☒ other (reason(s), if any)

The Court has GRANTED the Defendant's Motion to Dismiss for Prosecutorial Misconduct

of the offense(s) of __18 USC 793(b) and 18 USC 793(e)__

charged in count(s) __1 & 2 and in 3-5__

of the Indictment/Information,

IT IS THEREFORE ADJUDGED that the defendant named in paragraph one above, is hereby discharged
pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

☒ IT IS ORDERED that the bond of the defendant is hereby exonerated.

January 7, 2005
Date

United States District Judge

**NOTICE TO U.S. MARSHAL - This does not substitute for the Release Form.**

CR-68 (08/04)          JUDGMENT OF DISCHARGE (RULE 32(k)(1), F.R. Cr.P.)